PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Nov 30, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MISTY ORNELAS, ET AL. <br><br> Defendants. | CASE NO. 2:23-cr-0301 TLN <br><br> [PROPOSED] ORDER TO SEAL <br><br> **(UNDER SEAL)** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney CHAN HEE CHU to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated:  NOVEMBER 30, 2023

THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE