UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 07, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MISTY ORNELAS,<br><br>　　　　　Defendant. | Case No.  2:23-cr-00301-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MISTY ORNELAS,

Case No. 2:23-cr-00301-TLN, Charge 18 U.S.C. § 1349, from custody for the following reasons:

　　____   Release on Personal Recognizance

　　_X_   Bail Posted in the Sum of $ 25,000.00

　　　　_X_   Unsecured Appearance Bond $ 25,000.00

　　　　____   Appearance Bond with 10% Deposit

　　　　____   Appearance Bond with Surety

　　　　____   Corporate Surety Bail Bond

　　　　____   (Other):

Sacramento County Jail is further ORDERED to release the defendant with a _X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 07, 2023 at 2:25 p.m.

By:  _/s/ Jeremy Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE