HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
MISTY ORNELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-cr-00301-TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| MISTY ORNELAS, | |
| Defendant. | Date: January 11, 2024<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through  Assistant United States Attorney Chan Hee Chu, attorney for Plaintiff and

Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney

for Misty Ornelas, that the status conference, currently scheduled for January 11, 2024, be

continued to March 14, 2024 at 9:30 a.m.

Defense counsel recently received discovery, which totals thousands of pages as well as

dozens of audio and other multimedia files.  Counsel will need time to review it and discuss it

with her client.  Counsel for defendant believes that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence, as well as continuity of counsel.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including March 14, 2024;  pursuant to 18 U.S.C.

-1-

1    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2    based upon continuity of counsel and defense preparation and continuity of counsel.

3          Counsel and the defendant also agree that the ends of justice served by the Court granting

4    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5                                    Respectfully submitted,

6    Dated: January 8, 2024          HEATHER E. WILLIAMS
                                      Federal Defender
7

8                                    /s/ Mia Crager
                                     MIA CRAGER
9                                    Assistant Federal Defender
                                     Attorney for Defendant
10                                   MISTY ORNELAS

11   Dated: January 8, 2024

12                                   PHILLIP A. TALBERT
                                     United States Attorney
13                                   /s/ Chan Hee Chu
                                     CHAN HEE CHU
14                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 14, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 11, 2024 status conference shall be continued until March 14, 2024, at 9:30 a.m.

Dated:  January 9, 2024

_____
Troy L. Nunley
United States District Judge