HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
MISTY ORNELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MISTY ORNELAS, <br><br> Defendant. | Case No. 2:23-cr-00301-TLN <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: March 14, 2024 <br> Time: 9:30 a.m. <br> Judge: Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Chan Hee Chu, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Misty Ornelas, that the status conference, currently scheduled for March 14, 2024, be continued to June 20, 2024 at 9:30 a.m.

   Defense counsel recently received discovery, which totals thousands of pages as well as dozens of audio and other multimedia files.  Counsel will need time to review it and discuss it with her client.  The codefendant makes his initial appearance in federal court today and, following his arraignment, his newly-assigned counsel will need time to review the discovery as well.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

1   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2   excluded of this order's date through and including June 20, 2024; pursuant to 18 U.S.C. §3161
3   (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based
4   upon continuity of counsel and defense preparation and continuity of counsel.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: March 7, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
MISTY ORNELAS

Dated: March 7, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *CHAN HEE CHU*
Chan Hee Chu
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and Order to Continue Status Conference

-2-

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 20, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 14, 2024 status conference shall be continued until June 20, 2024, at 9:30 a.m.

Dated:  March 7, 2024

HON. TROY L. NUNLEY
United States District Court Judge