1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5
   Attorneys for Plaintiff
6  UNITED STATES OF AMERICA

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 2:23-CR-00301-DC-1
12 | Plaintiff,                | STIPULATION TO SET STATUS CONFERENCE; ORDER
13 | v.                        | DATE: November 22, 2024
14 | MISTY ORNELAS,            | TIME:  9:30 AM
   |                           | COURT: Hon. Dena M. Coggins
15 | Defendant.                |

16

17
        Defendant Misty Ornelas ("Defendant") and the United States of America ("United States")
18
   stipulate and request that the currently vacated Status Conference be rescheduled for November 22,
19
   2024, at 9:30 a.m.
20
        After making her initial appearance on the indictment, Defendant was ordered released subject to
21
   pre-trial conditions.  [ECF #8, 11].  The United States has provided initial discovery to defense counsel.
22
        Defense counsel requires time to review discovery and consult with her client.  Defense counsel
23
   believes that failure to grant the above-requested continuance would deny her the reasonable time
24
   necessary for effective preparation, taking into account the exercise of due diligence.
25
        Based on the above, the parties agree that the ends of justice served by continuing the case as
26
   requested outweigh the interest of the public and the defendant in a trial within the original date
27
   prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under
28

the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period November 14, 2024, to November 22, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The currently vacated Status Conference be rescheduled on November 22, 2024, at 9:30 a.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 17, 2024                */s/ Chan Hee Chu*
                                      CHAN HEE CHU
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


Date: October 17, 2024                HEATHER E. WILLIAMS
                                      Federal Defender

                                       */s/ Mia Crager*
                                      MIA CRAGER
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MISTY ORNELAS

**O R D E R**

The currently vacated Status Conference previously set for November 14, 2024 before Chief Judge Troy L. Nunley is rescheduled for November 22, 2024, at 9:30 a.m. in Courtroom 8 before District Judge Dena M. Coggins. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2024, to November 22, 2024, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **October 21, 2024**

_____
Dena Coggins
United States District Judge