HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
MISTY ORNELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-301-DC |
| Plaintiff, | ORDER EXTENDING SELF-SURRENDER DATE |
| vs. | Judge: Hon. Dena Coggins |
| MISTY ORNELAS, | New Proposed Date: February 19, 2026 |
| Defendant. | Time: 12:00 p.m. |

**ORDER**

The unopposed request for an extension of the self-surrender date is GRANTED. Ms. Ornelas shall self-surrender to the facility designated by the Bureau of Prisons by noon (12:00 p.m.) on February 19, 2026, or – if no such facility is designated – to the United States Marshal for this District. A copy of this order shall be served on the United States Marshal's Office.

IT IS SO ORDERED.

Dated:  **November 14, 2025**

Dena Coggins
United States District Judge