HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
MOLLY BURKE
Certified Law Student
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MISTY ORNELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MISTY ORNELAS,<br><br>Defendant. | ) | Case No. 2:23-CR-00301-DC<br><br>**~~[PROPOSED]~~ SEALING ORDER**<br><br>Judge: Hon. Dena Coggins |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibits A and B to Ms. Ornelas Motion to Reduce Sentence is granted so that the sensitive medical information of a third party is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge